**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS  DIVISION**

| | |
|---|---|
| **CHIROPRACTIC & SPORTS CLINIC PA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **CIVIL ACTION NO.: 3:21-CV-1370-E** |
| § | |
| **STATE FARM LLOYDS,** § | |
| § | |
| **Defendant.** § | |

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff Chiropractic & Sports Clinic PA submits its Trial Witness List as follows:

**PROBABLE FACT WITNESSES**

1.   **Randell Wayne Moss and/or Kim Bogart Martin**
**Chiropractic & Sports Clinic PA**
**c/o Shaun W. Hodge**
**The Hodge Law Firm, PLLC**
**1301 Market Street**
**Galveston, Texas 77550**

Mr. Moss and Ms. Martin will serve as the corporate representatives of the Plaintiff in the lawsuit. Both are expected to testify regarding the history of the property, the insurance claim that is the subject of this suit as well as work needing to be performed to complete repairs.

Plaintiff expects the duration of the direct examination to be 2 hours.

2.   **Matthew McDaniels**
**Paradise Claims**
**4029 Hillcrest Ct E**
**Keller, Texas 76244**
**817-697-3027**

Mr. McDaniels and his firm were retained by the Plaintiff to act as a Public Insurance Adjuster on the claim made the basis of this suit.   Mr. McDaniels will testify as to the extent of damages caused by the loss as well as the factual conditions of the property he observed as a result of the loss.   Mr. McDaniels met with representatives of the Defendant in regard to the adjustment of the claim and he will testify as to the nature and extent of the communications between him and the Defendant as well as the actions of the assigned adjuster during their meetings.

## EXPERT WITNESSES

1. **Gary Patrick Johnson**
   **2605 Red River Trail**
   **Deer Park, Texas 77536**
   **(832) 788-7119**

Mr. Gary Johnson is a retained licensed Texas Insurance Adjuster who has factual and/or expert knowledge of the extent and nature of the damages to the property.   The witness also has factual and/or expert knowledge as to the proper means, method, and cost of repairing, replacing or correcting the damages caused to the property by the water loss.

Plaintiff expects the duration of his direct examination to be 1 hour.

2. **Michael Ogden**
   **All Disaster Claims**
   **3235 Pawnee Pride**
   **San Antonio, Texas 78261**
   **(210) 300-4404**

Mr. Ogden is a retained construction expert.   Mr. Ogden will testify as to the reasonable pricing for construction and material costs.   Mr. Ogden has inspected the property and will testify as to the factual damage he observed and the repairs that need to be completed.

Plaintiff expects the duration of his direct examination to be 1 hour to 2 hours.

3.    **Michael D. Stall**
      **Managed Response, Inc.**
      **77 Sugar Creek Center Blvd., Ste. 210**
      **Sugarland, Texas 77478**
      **713-627-1122**

Mr. Stall is a retained construction expert and engineer.   Mr. Ogden will testify as to the reasonable pricing for construction and material costs.   Mr. Ogden has inspected the property and will testify as to the factual damage he observed and the repairs that need to be completed.

Plaintiff expects the duration of his direct examination to be 1 hour to 2 hours.

4.    **Shaun W. Hodge**
      **Hodge Law Firm, PLLC**
      **1301 Market Street**
      **Galveston, Texas 77550**
      **409-762-5000**

Mr. Hodge will testify as to the attorney fees and hours incurred in prosecuting the claim and as to reasonable and necessary attorney fees in relation to this case. .

Plaintiff expects the duration of his direct examination to be 30 minutes

## REBUTTAL WITNESSES/CROSS-EXAMINATION

Plaintiff reserves the right to call undesignated rebuttal expert or fact witnesses, whose testimony cannot be foreseen until the presentation of evidence requiring such additional witnesses.

Plaintiff further reserves the right to elicit, by way of cross-examination, opinion testimony from experts designated and/or called by Defendant or any other party. Plaintiff may call as witnesses any of Defendant's experts or fact witnesses.

## DESIGNATION OF EXPERT WITNESSES AS FACT WITNESSES

Plaintiff hereby additionally designates all expert witnesses as fact witnesses in the event that any expert witness is struck and/or their expert testimony limited.

Respectfully submitted,

*/s/ Shaun W. Hodge*
**Shaun W. Hodge**
State Bar No. 24052995
shodge@hodgefirm.com
THE HODGE LAW FIRM, PLLC
2211 Strand, Suite 302
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on February 4, 2022, via ECF notification.

*/s/ Shaun W. Hodge*
SHAUN W. HODGE